# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOHN RAYMOND

NO. 2025 KW 0224

**MARCH 10, 2025**

---

In Re:   John Raymond, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 5603-F-2022.

---

**BEFORE:   THERIOT, HESTER, AND EDWARDS, JJ.**

**WRIT DENIED.   STAY DENIED.**

> **MRT**
> **CHH**
> **BDE**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT